COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

# ORDER

Cause No   01-13-00736-CV; *In re Knight Refrigerated, LLC and Carroll Chapman*, Relators

Original Proceeding on Petition for Writ of Mandamus from *Mensch v. Knight Refrigerated, LLC*, Cause No. 13-CV-0470, in the 56th District Court of Galveston County, Texas.

On August 28, 2013, relators Knight Refrigerated, LLC and Carroll Chapman filed a mandamus petition and a motion for emergency relief requesting a partial stay of discovery.

The emergency motion for a temporary partial stay of discovery is **GRANTED**.   Pending consideration of the mandamus petition by a full panel of this court,

1. the trial court's July 15, 2013 order compelling a response to Interrogatory No. 4 is stayed, and

2. the trial court's August 7, 2013 order compelling responses by St. Luke's Physicians Center or Richard Sandison, M.D. to a deposition by written questions is also stayed.

TEX. R. APP. P. 52.10(b).   Any party may move the court at any time to reconsider this grant of temporary relief.   TEX. R. APP. P. 52.10(c).   Moreover, nothing in this order shall be construed to prevent further proceedings in the trial court to narrow the scope of disagreement—should the parties wish to pursue them and should the trial court in its discretion choose to permit them—to include a request for in camera inspection of the medical records at issue.   *See* TEX. R. EVID. 509; *cf. R.K. v. Ramirez*, 887 S.W.2d 836, 843 (Tex. 1994) ("when requested, the trial court must perform an in camera inspection of the documents produced to assure that the proper balancing of interests . . . occurs before production is ordered").   In the interest of judicial efficiency, all parties are requested to promptly inform this court of any developments which may have the effect of mooting the mandamus petition or limiting the scope of dispute.

Finally, the court **ORDERS** that the response to the mandamus petition by any real party in interest, if any, shall be due **Wednesday, October 9, 2013.**

It is so ORDERED.


Judge's signature:   __/s/ Michael Massengale_____
                              Acting individually


Date: September 9, 2013